**Pauline IM; et al., Petitioners,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 05–70027.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 17, 2007.

Filed June 19, 2009.

Emmanuel Eke Enyinwa, Esquire, Law Office of Emmanuel Enyinwa, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Blair O'Connor, Assistant Director, OIL, Donald E. Keener, Esquire, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: B. FLETCHER, SILER,\* and HAWKINS, Circuit Judges.

MEMORANDUM \*\*

In light of the United States Supreme Court decision in *Negusie v. Holder*, —— U.S. ——, 129 S.Ct. 1159, 173 L.Ed.2d 20 (2009), we remand this action to the Board of Immigration Appeals (BIA) for reconsideration consistent with the Supreme Court's opinion and to conduct whatever additional factfinding that "may be prudent and necessary" in light of the BIA's new standard for application of the persecutor bar. *Id.* at 1168. The panel retains jurisdiction over any future appellate proceedings in this matter.

**REMANDED.**

---

\* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.